UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **PAMELA SHORT POWELL** | **CIVIL ACTION NO. 24-511** |
| **VERSUS** | **JUDGE EDWARDS** |
| **ANTHONY DECICCO ET AL** | **MAG. JUDGE MCCLUSKY** |

## MEMORANDUM ORDER

Before the Court is a *Motion to Vacate Judgement* (sic) *And for Consideration for Recusals Motion with Notice of Conflicts* (R. Doc. 12) and its subsequent *Amendment and Supplement* (R. Doc. 13). As the plaintiff, Pamela Short Powell, has failed to establish her entitlement to any relief under Rule 60 of the Federal Rules of Civil Procedure, **IT IS ORDERED** that the Motion (R. Doc. 12) is **DENIED**.

Also before the Court is a *Motion to Proceed In Forma Pauperis on Appeal* (R. Doc. 15). "Under 28 U.S.C. § 1915(a), a federal court may refuse to certify an appeal for in forma pauperis status if it is not taken in good faith." *Howard v. King*, 707 F.2d 215, 219–220 (5th Cir. 1983). "Good faith is demonstrated when a party seeks appellate review of any issue *not frivolous*." *Id.* at 220 (cleaned up) (emphasis added). Because "none of [her] legal points are arguable on their merits," Ms. Powell's appeal is frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (cleaned up); *see also*, *Howard,* 707 F.2d at 220 ("The [good faith] inquiry is limited to whether the appeal involves 'legal points arguable on their merits (and therefore not frivolous.)'") (citations omitted). Accordingly, **IT IS FURTHER ORDERED** that the Motion (R. Doc. 15) is **DENIED.**

**THUS DONE AND SIGNED** this 25th day of July, 2024.

_____
**JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE**